UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                         :     INDICTMENT

RICARDO CUESADO,                  :     07 Cr.

          Defendant.            :     **07 CRIM. 799**

- - - - - - - - - - - - - - - x



## COUNTS ONE THROUGH FOUR

The Grand Jury charges:

On or about the dates listed below, in the Southern District of New York and elsewhere, RICARDO CUESADO, the defendant, unlawfully, willfully and knowingly did deposit and cause to be delivered a communication addressed to another person that contained a threat to kidnap a person and injure the person of the addressee and of another, to wit, CUESADO mailed letters on the dates below from the Coxsackie Correctional Facility, at which he was imprisoned, to individuals in the Bronx, which threatened to injure a witness that had testified against CUESADO in his trial:

| Count | Date of Letter | Mailed From   | Mailed To  |
|-------|----------------|---------------|------------|
| 1     | March 24, 2005 | Coxsackie, NY | Bronx, NY  |
| 2     | March 24, 2005 | Coxsackie, NY | Bronx, NY  |
| 3     | April 1, 2005  | Coxsackie, NY | Bronx, NY  |
| 4     | April 15, 2005 | Coxsackie, NY | Bronx, NY  |

(Title 18, United States Code, Section 876(c).)

_____     _____
FOREPERSON                            MICHAEL J. GARCIA
                                      United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICARDO CUESADO

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 876(c))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Filed indictment. A/W issued for deft. Cuesado.
Case assigned to Judge Cote.
SRM 8/22/07            — Francis, J.

Case 1:07-cr-00799-DLC    Document 1    Filed 08/22/2007    Page 3 of 3