AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_Southern_ DISTRICT OF _New York_

U. S. A.

v.

Ricardo Cuesado

**APPEARANCE**

Case Number: 07 CR. 00799

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ricardo Cuesado

I certify that I am admitted to practice in this court.

12-18-07
Date

_(signature)_
Signature

Sabrina P. Shroff
Print Name                              Bar Number

Federal Defenders of NY
Address

52 Duane St, NYC
City            State            Zip Code

(212) 417-8713          (212) 571-0392
Phone Number            Fax Number