```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    07 CR. 799 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
RICARDO CUESADO,                         :
                                         :
               Defendant.                :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

IT IS HEREBY ORDERED that any written Voir Dire requests, Requests to Charge or Trial Memorandum, should be filed by **noon** on **January 9, 2008**. Two courtesy copies should be delivered to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **January 10, 2008** at **2 p.m.** in Courtroom 11B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

SO ORDERED

Dated:   New York, New York
         December 21, 2007

                                    _____
                                           DENISE COTE
                                    United States District Judge

## SPECIAL RULES OF PRACTICE IN CIVIL PRO SE CASES
## DENISE COTE, UNITED STATES DISTRICT JUDGE

Pro Se Office

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0175

### COMMUNICATIONS

1. All communications with the Court by a pro se party should be addressed to the Pro Se Office, and must include an affidavit stating that a copy was sent to counsel for all parties.

### FILING OF PAPERS

2. All papers to be filed with the Court by a pro se party, along with any courtesy copies of those papers, should be sent to the Pro Se Office, Room 230, United States Courthouse, 500 Pearl Street, New York, New York 10007.

### DISCOVERY

3. All requests for discovery should be sent to counsel for the party. Discovery requests should not be sent to the Court.

### MOTIONS

4. **Filing and Service**: All motions, unless brought on by an Order to Show Cause, should be made with a return date six weeks after the date of service. Unless otherwise ordered by the Court, opposing papers must be served and filed within four weeks of service of the motion papers, and reply papers, if any, must be served and filed within two weeks of receipt of opposition papers.

5. All motion papers should include one courtesy copy. All courtesy copies shall be clearly marked as such.

6. **Oral Argument**: Unless otherwise ordered by the Court, argument will not be heard in pro se matters.

### INITIAL CASE MANAGEMENT CONFERENCE

7. The Court will generally schedule an initial case management conference within two months of the filing of the Complaint. Incarcerated parties may not be able to attend this or other conferences. If incarcerated parties do not have counsel, a family member or a representative may attend the conference. If a representative is designated, he or she should contact Gloria Rojas, Courtroom Deputy Clerk, telephone number (212) 805-0097, to determine the location of the conference. The Judge will also have a transcript of the conference sent to the incarcerated party. If an incarcerated party does not have counsel and a representative cannot be sent to a conference, the pro se party should write to the Judge regarding any issue the pro se party wishes to have addressed at the conference.

1

**TRIAL DOCUMENTS**

8. Within 30 days of the completion of discovery unless otherwise ordered by the Court, a pro se plaintiff shall file a concise, written Pretrial Statement. This Statement need take no particular form, but it must contain the following: 1) a statement of the facts plaintiff hopes to prove at trial; 2) a list of all documents or other physical objects that the plaintiff plans to put into evidence at trial; and 3) a list of the names and addresses of all witnesses plaintiff intends to have testify at trial. The Statement must be sworn by the plaintiff to be true and accurate based on the facts known by the plaintiff. The pro se plaintiff shall file an original of this Statement with the Pro Se Office and serve a copy on all defendants or their counsel if they are represented. The original Statement must include a certificate stating the date a copy was mailed to the attorney for the defendant. Two weeks after service of plaintiff's Statement, the defendant must file and serve a similar Statement of its case containing the same information.

9. At the time of filing the Pretrial Statement, any parties represented by counsel must also submit proposed findings of fact and conclusions of law, if the case is to be tried to the Court, or a proposed jury charge, if it will be tried before a jury. The pro se party may also file either proposed findings of fact and conclusions of law or a proposed jury charge, but is not required to do so.