

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*

*One Saint Andrew's Plaza*
*New York, New York 10007*

December 27, 2007

**BY HAND**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1040
New York, New York 10007

    Re:  **United States v. Ricardo Cuesado**,
          **07 Cr. 799 (DLC)**

Dear Judge Cote:

    The Government is in receipt of defense counsel's December 21, 2007 letter requesting an adjournment of the January 10, 2008 trial date in the above-referenced matter so as to conduct a psychiatric assessment of the defendant. The Government has discussed this matter with defense counsel, and, based on defense counsel's representations, also has concerns about the defendant's competency. The Government therefore joins in defense counsel's request that the trial scheduled for January 10, 2008, be adjourned such that a competency examination of the defendant may be completed.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                          United States Attorney

                By:   /s/ Michael M. Rosensaft
                     Michael M. Rosensaft
                     Assistant U.S. Attorney
                     (212) 637-2366
                     (212) 637-2387 (fax)

cc:  Sabrina P. Shroff, Esq.