

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 28, 2008

**BY MAIL**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RECEIVED FEB 29 2008 CHAMBERS OF DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

Re:   United States v. Ricardo Cuesado,
      07 Cr. 799 (DLC)

Dear Judge Cote:

On January 7, 2008, at defense counsel's request, Your Honor ordered that a psychiatric evaluation of the above-referenced defendant be conducted to evaluate his mental competency. The Government has been informed by the United States Marshals that such examination has been completed and a report will be sent to all parties shortly.

The Government therefore respectfully requests a conference in this matter before Your Honor to discuss how to further proceed in this case, and understands that the Court is available on March 28, 2008, at 2:30 p.m. The Government also respectfully requests, with defense counsel's consent, that time be excluded under the Speedy Trial Act from the date of this letter through March 28, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A), to allow both parties to fully review the psychiatric report, and discuss with each other how to further proceed in this case before appearing before Your Honor.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Michael M. Rosensaft
Michael M. Rosensaft
Assistant U.S. Attorney
(212) 637-2366

*The best interest of the public and the defendant being outweighed by those identified interests of justice, granted from today to March 28. So ordered.*

cc: Sabrina Shroff, Esq.    /s/ Denise Cote
                            March 3, 2008