**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: RicaRdo·Cuesado DIN: 02A5833

8-4-2000
11227

To: Teresa RoLa
GRoceRy: CaRoLyn
1971·GRaND·AVE
#40·TRemoN
BRoNX·NewYoRK
10453



NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: Ricardo Cuesada DIN: 02A4583
CORRECTIONAL FACILITY 7458

1661 U.S. POSTAGE $00.000 FROM ZIP CODE

Printed on Recycled Paper

Para Teresa. Rola Teresa
Hola Teresa como esta maldita
perra maldita tu. maldito tu padre
maldita tu madre. maldito tu hermano. maldita
. hermana maldito. sean tu hijos. maldit
. y toda tu. familia. alomejor tu te olvidas
 mi pero eso me tiene sin cuidado. el qu
 sabe que no te olvida soy yo cada
 ia que pasa yo pienso en ti. pero no
 alla a creer que es que tu me gusta
 ienso en ti porque yo te voy. a matar
e entiende verda yo te voy. a matar
 cies que ci tu resa ves bucando el
 libro de oracione para que te canta
 cancion. de tu funeral. anticipadament
 tiene que saber bien quien te ablo
 lejor dicho quien te escribe maldita
 soy el tipo que esta preso por el
 salto que te icimo tu. y. tu maldito
 ovio tetificaron contra mi. en la. cont
 ramo tres lo que te asaltamo. pero
 adamas estoy yo preso tu sabe
  que yo no te avia mandado. a matar
 que yo no soy un estupido si te
 anda va a matar. la policia iba a
 investigar. y iba a saber que
 ra yo quien te avia mandado a matar
 ero lla no pueden saber nada
  que as pasado mucho tienpo

que tu pensava alomejor tu piensa que yo estoy preso para toda la vida pues te equivoca mees cucha maldita te esquivoca. perro udia estan contado pero primero quier ante donde maste duele para que sufra mucho ante de que sellege tu urno de morir por ejenplo matando tu padre y a tu madre siello estan muerto no ay proble mas estan tu hermanos y si tu hermano estan muerto tanpoco ay problema porque sa ve que estan tus hijos donde maste duele verda queci aunque todo viven yo lo se estoy vien nformado yo se de donde tu eres en la republica dominicana o es que tu eres estupida cinosotro e asaltamo fues porque algien muy cerca de ti quete conose del pies asta la cabesa ere vien estudia al precentalte en la corte saviendo qu yo soy dominicano tusabe quien se vas a encargar de ti. lla mise mi primo y tu sabe quien es mi primo l dueño de un punto de droga en Manhattan otro en el bronx el tiene jente queson asecino que trabajan para el ya el sabe quien tu eres adios pen



Teresa, lla mi Primo sabe todo Respecto a tu familia en Santo Domingo y en New York y la vida tulla en toda parte a ci es que no te salva Nadies, te vas a mandar a matar mui pronto te mataran Para el es un placer mandarte a matar por que el tiene asesino que travajan para el lla el sabe todo

(4) MALDITA ZORRA

de ti eNo ase La cosa alo loco como yo ni tanpoco andava en el asalto el N No es de peso el tiene su punto de droga en Manhattan y otro en el Bronx el te vas a manda a matar no te salva nadie Pedro

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



26 Federal Plaza
New York, New York  10278

| | |
|---|---|
| File Number: | 9A-NY-291556 |
| Date: | 4/29/05 |
| Source Language: | Spanish |
| Target Language: | English |
| Translated by: | LA. KAREN UREÑA |

For Teresa Rola

Hello Teresa, how are you? Damn bitch, damn Teresa, damn you. Damn your father, damn your mother, damn your brother, damn your sister and damn your children. I'm going to kill you. I live for that, to kill you, but first I want to kill your family over at Dominican Republic, so you can suffer a lot before I kill you. I'm going to kill you where ever you go, there is a lot to wait. But there is less for your death and of your family over at Dominican Republic. Maybe you forgot that I was born in the Dominican Republic. I'm from Moca, born and raised. Don't forget it, if we robbed you it was because someone very closed to you, sent us. Very closed to you, someone who knows you from your neighborhood in the Dominican Republic and over here in New York, so you know already. I know where you and your family are from in the Dominican Republic. I fell sorry damn you. Guest that first I'm going to tied you up like the other time, after I'll cut off one arm then a leg so you can suffer and afterwards what had to be expected, I'll cut your head off. Teresa you know who I am. I'm the guy that you and your boyfriend accused in court, you know very well who I am. I think of you everyday. Of the three guys that robbed you I'm the only one in prison, paying for all three. You know why you haven't been killed, because I'm in prison and if they kill you the police will know I was the one who had you killed. And they will come afterwards and investigate we are not stupid. My cousin wasn't at the robbery but he knows you. If it was up to him you would have been dead a long time ago. He always wants we to give him permission. You know who's my cousin, he's the owner of a drug point in Manhattan and another one in the Bronx. He has hit men that work for him. Teresa my cousin has found out everything in regards to your family and he knows each and one of your steps. He's going to have you killed. I already told you who's my cousin.

Your boyfriend is also present, he also is going to get and your cousin the guy from the grocery store, no one will save him. We know everything about you all, it doesn't cost my cousin a thing to have him killed. Die soon Teresa, you will die soon bitch.

3