**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: Ricardo Quezado   DIN: 02A5833

To- Franklin Picharde
1850 Phelan Place
Apt #41- Bronx
New York 10453

ALBANY, NY
PM
11 APR 2005



NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: Ricardo Cuesada DIN: 02A4283
CORRECTIONAL FACILITY 2364

1571 U.S. POSTAGE $00.000 PB22 1105
APR 1 05
FROM ZIP CODE    CD000

Printed on Recycled Paper

Para FRANKLIN Para que le hentrege esto a Teresa que lo que FRANKLIN dile a tu querida Teresa que Yo se que ella llamo o escribio aqui pidiendo que me inpidan esto que ago pero de nada le sirbe la boy a mandar a matar con mi Primo el se vas a encargar de este de Para que Page la que deben que ustede se creen que esto se vas a quedar así pues estan mui esquibocado pagaran con la muerte ho es que cete olvida que mi Primo y tu sabe quiene mas esta libre igual que tu mi Primo te vas a mandar a matar Acuerdate que nosotro somo Dominicano igual que tu ademas mi Primo esta interesado en mandarte a matar a lo dos Porque ustede saben mucha cosa de nosotro mas lo que ustede isieren laban a pagar muy pronto Peña

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, New York 10278

| | |
|---|---|
| File Number: | 9A-NY-291556 |
| Date: | 4/29/05 |
| Source Language: | Spanish |
| Target Language: | English |
| Translated by: | LA. KAREN UREÑA |

Ricardo

For Franklin to hand this to Teresa. That Franklin tell your dear Teresa, I know she called or wrote over here requesting that I'm not permitted to do what I do. But it was not worth it because I'm going to have her killed with my cousin, he's going to take of you, and you can pay what you owe. You think this is going to stay like that, you are wrong . You will pay with death, or do you forget that my cousin and you know whois free the same as you. My cousin is going to have you killed, remember that we are Dominicans like you. Also my cousin is interested in having you both killed, because you know too many things about us, and what you did you are going to pay for it very soon bitch.