COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: RiCARDo-CueSaDo DIN: 02A5833

To- Teresa Rola
1850 · PHELAN · PLACE
APT. # 4·I BRONX
NEW YORK · 10453



NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: Ricardo Cuesada
DIN: 02A5603
CORRECTIONAL FACILITY 4173

U.S. POSTAGE $00.00°
P8 2231105
APR 15 05
00000

# -1- Pjola Markas itera

Teresa lamentaras todo lo que as hecho pagaras muy caro todos lo que tu hisiste maldita perra te voy a mandar a matar con mi primo. Yo estoy preso pero mi primo esta libre higual que tu y tu marido moriras tu y tu marido por lo que hisieron yo me comunique con mi primo y me dijo que con mucho gusto el se hencarga de ti el y sus amigo te van a matar tarde o tenprano moriras tu y tu marido tu sabe que lo que tu hisiste se lo hisiste a mi primo tanbien tu eres dominicana pero acuerdate que nosotro somo dominicano tanbien tenemos tu diresion en tu apartamento y la direcion de tu trabajo tu no te pregunta que como yo tengo eso estando preso estupida eso es mi primo que esta vatante serca de ti y tu no lo sabe yo le dije a el que e mande a matar pagaras

#2 - PRONTO MORIRAS PERRA

MEJOR TE UBIERA SIDO NO ABER NACIDO QUE CHOCAR CON NOSOTRO ADEMAS MI PRIMO NO TIENE QUE MATARTE EL PORQUE EL TIENE QUIEN LO AGAS POR EL EL TIENE BATANTE DINERO PARA ESO Y TIENE JENTE QUE TRABAJAN PARA EL QUE SON ASESINO EL TIENE UN BUEN PUNTO DE ~~VENTA~~ EN MANHATTAN EL TIENE DINERO DE SOBRA EL NO TE ABIA MANDADO A MATAR PORQUE ERA MUY TENPRANO Y LA POLICIA Y VA A SOPECHAR DE NOSOTRO DE UNA VES TU SABE VIEN PORQUE YO QUIERO QUE TU MUERA YA. Y EL TANBIEN QUIERE TU MUERTE SABE ME TODO REPECTO A TI YO ESTANDO PRESO TU VAS A MORIR COMO QUIERA. MI PRIMO ESTABA ESPERANDO QUE YO LE DIJERA QUE TE MATE EL NO LO ABIA ECHO PORQUE YO ESTOY PRESO PERO YO LE DIZE QUE TE MANDE A MATAR ESTOY PRESO LA POLICIA NO PUEDE CULPARME ADIOS MALDITA PRONTO MORIRAS PERRA

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, New York 10278

File Number:        9A-NY-291556

Date:               4/29/05

Source Language:    Spanish

Target Language:    English

Translated by:      LA. KAREN UREÑA

# # - 1 - YOU WILL SOON DIE BITCHES

Teresa you will regret everything you have done, you'll pay dearest everything you have done damn bitch. I'm going to have you killed with my cousin. I'm in prison. But my cousin is free like you and your husband. You and your husband will die, for what you all did, I communicated with my cousin and he told me with pleasure he will take care of you. Him and his friends will kill you. Sooner or later you and your husband will die. You know what you did, you also did it to my cousin. You are Dominican but remember we are also Dominicans. We have you apartment address and your working address. Don't you ask yourself how I have that, being in jail, stupid. That's my cousin who is very closed to you, and you don't know it. I told him to have you killed. You'll pay.



2

## # - 2 - YOU WILL SOON DIE BITCH

It would have been better if you had not be born than clash with us. Besides my cousin doesn't have to kill you himself, because he has who can do it for him, he has enough money for that and he has people who work for him, who are hit men. He has a good point in Manhattan, he has enough money. He hasn't had you killed because it's too soon, and the police will suspect us right away. You well know why I want you to die already. He also wants you dead, we know everything about you even with me in prison, you are going to die anyhow. My cousin was waiting for me to tell him to kill you. He hadn't done it because I am in prison, but I told him to have you kill. I'm in prison and the police can't blame me. Good -bye you damn. You'll soon die bitch.