# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District
Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08

June 30, 2008

**BY HAND**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street -- 10th Floor
New York, New York 10007

**MEMO ENDORSED**

RECEIVED JUL 0 1 2008 CHAMBERS OF DENISE COTE

Re: <u>United States v. Cuesado</u>
    07 Cr. 0799 (DLC)

Hon. Judge Cote:

I write to request an adjournment of Mr. Cuesado's sentence date of July 11, 2008.

I make this request after having submitted the defendant's sentencing memorandum and then having received the government's submission. The government's submission essentially argues that Dr. Miller's report does not show reduced mental capacity, an argument we did not anticipate given the content of her report.

To correct this misperception, we request an opportunity to have a psychologist evaluate Mr. Cuesado so that the government and the Court are fully apprised of Mr. Cuesado's mental health issues prior to sentence. I should have anticipated the government's argument and apologize to the Court for my oversight.

I, therefore, request a 45-day adjournment of his sentence so that we can have Mr. Cuesado evaluated and respond to the government's submission. AUSA Rosensaft has no objection to this request. Thank you.

Respectfully submitted,

Sabrina P. Shroff

cc: AUSA Rosensaft

*[Handwritten endorsement:]* Sentence is adjourned to September 5 at 11:30 am.

Denise Cote
July 3, 2008