

To: Teresa. RoLA
1850 - PHELAN. PLACE
APT- # 4-I - BRONX.
NEW.YORK.10468.53

COXSACKIE CORRECTIONAL FACILITY
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999
NAME: Ricardo Cuezado   DIN: 02A5833

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: RicaRDo-Cuezado
DIN: 02A6883
CORRECTIONAL FACILITY 7459

Printed on Recycled Paper

1191 U.S. POSTAGE $00.000
PB2231105
MAR 24 05
FROM ZIP CODE 00000

# Para Teresa Rola

Hola Teresa como tu esta maldita perra
maldita Teresa maldita tu maldito tu padre
maldita tu madre maldito tu hermano
maldita tu hermana y maldito tu hijos
te voy a matar yo vibo para eso para
matarte pero primero quiero matar
a tu familia alla en Republica Dominicana
para que tu sufra mucho ante de morir
te voy a matar donde quera que
e meta mucho al que esperar pero
falta poco para tu muerte y la de tu
familia alla en Republica Dominicana
lo mejor a ti se te olvido que llo
soy nacido en la Republica Dominicana
lo soy de Moca nacido y criado no
lo olvide que ci nosotro te asaltamo
fue porque algien muy serca de
ti no mando muy allegado a ti algien
que te conoce de tu barrio en la
Republica Dominicana y aqui en
New York asi es que lla sabe yo
se de donde ere tu y tu familia
en Republica Dominicana que pena
me da maldita adivina que primero
e voy a amarrar como la hotra ves
te pues te mocho un braso depues
una pierna para que sufra de pues
o que se ti nia que esperar te mocho la cabesa

Teresa tu sabe quien
soy llo. Yo soy el tipo
que tu y tu novio acusaron
en la corte tu bien sabe
quien soy. Yo pienso todo
los dias en ti de lo tres
tipo que te asaltamo
nadamas estoy yo preso
pagando por lo tres tu sabe
porque a ti no te an matado
porque yo estoy preso
y si te matan la policia
bas a saber que fui yo
quien te mando a matar
de pues vienen a investigar
nosotro nosomo
estupido mi primo no
andava en el asalto
pero el te conoce
si por el fuera a se
tienpo que tu estubiera
muerta el sienpre quiere
que llo le des el permiso
tu sabe quien es mi
primo el dueño de un
punto de droga en Manhattan
y otro punto de droga en el Bronx
el tiene acesino que trabajan para el

B)
Teresa ya mi Primo averiguo Todos Repecto a tu Familia y sabe cada Paso Tullo El Tebas AMANdar a matar lla te dije quien es Mi Primo

Tu Novio TaNVien esta Precente el TaNBieN Vas A lleVaL Y el PriMo tu llo el PiPo de La Bodega NoLo Sal Va Nadie Sabemo todo de ustede A Mi Primo No le cuesta Nada MaNdarlo A Matar Pronto Muere Teresa Mui Prono Va A Morir Perra

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, New York  10278

| | |
|---|---|
| File Number: | 9A - NY- 291556 |
| Date: | 4/29/05 |
| Source Language: | Spanish |
| Target Language: | English |
| Translated by: | LA. KAREN UREÑA |

(1)

For Teresa. Rola Teresa
Hello Teresa, how are you damn
bitch? Damn you, damn your father, damn your mother, damn your brother, damn your sister, damn be your kids, damn you and all your family. Maybe you have forgotten about me, but that doesn't worry me. The one who doesn't forget you, it's me. Each day that goes by I think about you. Don't you believe that I like you, I think of you because I'm going to kill you. It's understood that I'm going to kill you. If you pray start getting your book of prayers, to sing your funeral song. Ahead of time you need to know who's talking to you, better yet who is writing to you damn you, it's me the guy who robbed you and is in prison. You and your damn boyfriend testified against me in court. It was three of us who robbed you. But I'm the only one in prison. Do you know why I didn't have you killed?, because I'm not stupid. If I had you killed, the police was going to investigate and would have known that I was the one who had you killed. But, they won't know anything because a long time has gone by.
And, you were thinking that, maybe you're thinking I'll be in prison for life. You are wrong, you hear me damn you, you are wrong. Bitch, your days are numbered. But, before I want to hurt you were it hurts the most, and you can suffer a lot before your turn to die comes. For example killing your father and your mother. If they are dead there is no problem, there are your brothers and if your brothers are dead there is no problem either, because there are your children, where it hurts the most, right? Although they all live, I know it I'm well informed. I know where you are from in the Dominican Republic. Or are you stupid, we robbed you because some one closed to you, who knows you from heads to toes. You are very stupid by showing up in court knowing that I'm Dominican. Do you know who is going to take care of you pretty soon? My cousin. And you know who is my cousin. The owner of a drug point in Manhattan and another one in the Bronx. He has people who are hit men and work for him. He already know who you are. Good-bye bitch.

2

Teresa my cousin already knows everything in regards to your family in Santo Domingo and New York. And your life everywhere. So no one will save you. He's going to have you kill very soon. They'll kill you. For him it's a pleasure to have you killed, because he has hit men that work for him. He already knows it all.

<u>Damn Bitch</u> [unintelligible] does not do things like crazy, like me, neither he was at the robbery, N is not one of those, he has his drug point in Manhattan and another one in the Bronx, he's going to have you killed, no one will save you bitch.