**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: RICARDO-CUESADO DIN: 02A5833

8-4-2000
11227

104534B301

To: Teresa Rola
GROCERY: CAROLYN
1971 GRAND AVE
#40 TREMON
BRONX NEW YORK





NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

U.S. POSTAGE
1661 $00.000
FROM ZIP CODE

MB 2231105
MAR 24 00000

NAME: RICARDO: CUESADO DIN: 00A5283
CORRECTIONAL FACILITY 7458

Printed on Recycled Paper

Para Teresa. Rola Teresa

HOLA Teresa como esta MALDITA
Perra Maldita. Tu. Maldito Tu Padre
MALDITA Tu MADRE. MALDITO Tu HERMANO. MALDITA
Tu HERMANA MALDITO SEAN Tu HIJOS. MALDITA
Y. Toda Tu. FAMILIA. ALOMEJOR. Tu Te. OLVIDASTE
DE MI PERO ESO ME TIENE SIN cuidado. ELQUE
SABE QUE NO TE OLVIDA SOY. YO CADA
DIA QUE PASA YO PIENSO EN TI. PERO NO
VALLA A CREER QUE ES QUE TU ME GUSTA
PIENSO EN TI. PORQUE YO TE VOY. A. MATAR
ME ENTIENDE VERDA YO TE VOY. A. MATAR
DICES QUE CITU RESA VES BUCANDO EL
LIBRO DE ORACIONE PARA QUE TE CANTE
LA CANCION. DE TU FUNERAL. ANTICIPADAMENTE
Tu TIENE QUE SABER BIEN QUIEN TE ABLA
O MEJOR DICHO QUIEN TE ESCRIBE. MALDITA
YO SOY EL TIPO QUE ESTA PRESO POR EL
ASALTO QUE TE ICIMO TU. Y. TU MALDITO
NOVIO TESTIFICARON CONTRA MI. EN LA. CONTRA
RAMO TRES LO QUE TE ASALTA MO. PERO
ADAMAS ESTOY. YO PRESO TU SABE.
PORQUE YO NO TE AVIA MANDADO. A. MATAR
PORQUE YO NO SOY UN ESTUPIDO. SITE.
MANDA VA. A MATAR. LA POLICIA IBA A
INVESTIGAR. Y. IBA A SABER. QUE
ERA. YO QUIEN TE AVIA MANDADO A MATAR
PERO LLA NO PUEDEN SABER NADA
PORQUE AS PASADO MUCHO TIENPO

¿QUE TU PENSA VA ALO MEJOR TU
PIENSA QUE YO ESTOY PRESO PARA
TODA LA VIDA PUES TE EQUIVOCA MEES
CUCHA MALDITA TE ESQUIVOCA. PERRO
UDIA ESTAN CONTADO PERO PRIMERO QUIEN
VARTE DONDE MAS TE DUELE PARA QUE
UFRA MUCHO ANTE DE QUE SELLEGE TU
URNO DE MORIR POREJENPLO MATANDO
A TU PADRE. Y A TU MADRE SIELLO ESTAN
MUERTO NO AY PROBLE MAS ESTAN TUS
HERMANOS Y SI TU HERMANO ESTAN
MUERTO TANPOCO AY PROBLEMA PORQUE
SA VE QUE ESTAN TUS HIJOS DONDE
MAS TE DUELE VERDA QUE CI. AUNQUE
ODO VIVEN YOLO SE ESTOY VIEN
NFORMADO YO SE DEDONDE TUERES
EN LA REPUBLICA DOMINICANA. O ES
QUE TU ERES ESTUPIDA CI NOSOTRO
TE ASALTAMO FUES PORQUE ALGUIEN
MUY CERCA DE TI QUE TE CONOSE DELU
PIES. ASTA LA CABESA ERE VIEN ESTURA
EL PRE CENTARTE EN LA CORTE SAVIENDO QU
O SOY. DOMINICANO TU SABE QUIEN
SE VAS A ENCARGAR DE TI. LLA MISMO MO
CI PRIMO Y TU SABE QUIEN ES MI PRIMA
EL DUEÑO DE UN PUNTO DE DROGA EN MANHATAN
OTRO EN EL BRONX EL TIENE JENTE
UE SON. ASECINO QUE TRABAJAN PARA
EL YA EL SABE QUIEN TUERES. ADIOS PER



Teresa lla mi Primo Sabe
todo rrespecto a tu fa familia
en Santo Domingo y en
New York y la vida tulla
en toda Parte A cies que
no te salva Nadie sted te
vas a mandar a matar
mui Pronto te mataran
Para el es un Placer
mandarte a matar
Por que el Tiene asesino
que trabadan Para el
lla el sabe todo

(4) MALDITA PERRA
deti eNo aSe La
CoSa ALo LoCo COMo
Yo NiTANPoCo aNdaVa
eN el ASALTo eL N
No eS de eso eL
TieNe SU PUNTo de droga
eN MANHATTAN Y otro eN
el BRONX eL TeVAS A MANdar
AMATAR NoTe SALVA NAdie Perro

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, New York 10278

File Number:            9A-NY-291556

Date:                   4/29/05

Source Language:        Spanish

Target Language:        English

Translated by:          LA. KAREN UREÑA

For Teresa Rola

Hello Teresa, how are you? Damn bitch, damn Teresa, damn you. Damn your father, damn your mother, damn your brother, damn your sister and damn your children. I'm going to kill you. I live for that, to kill you, but first I want to kill your family over at Dominican Republic, so you can suffer a lot before I kill you. I'm going to kill you where ever you go, there is a lot to wait. But there is less for your death and of your family over at Dominican Republic. Maybe you forgot that I was born in the Dominican Republic. I'm from Moca, born and raised. Don't forget it, if we robbed you it was because someone very closed to you, sent us. Very closed to you, someone who knows you from your neighborhood in the Dominican Republic and over here in New York, so you know already. I know where you and your family are from in the Dominican Republic. I fell sorry damn you. Guest that first I'm going to tied you up like the other time, after I'll cut off one arm then a leg so you can suffer and afterwards what had to be expected, I'll cut your head off. Teresa you know who I am. I'm the guy that you and your boyfriend accused in court, you know very well who I am. I think of you everyday. Of the three guys that robbed you I'm the only one in prison, paying for all three.   You know why you haven't been killed, because I'm in prison and if they kill you the police will know I was the one who had you killed. And they will come afterwards  and investigate we are not stupid. My cousin wasn't at the robbery but he knows you . If it was up to him you would have been dead a long time ago. He always wants we to give him permission. You know who's my cousin, he's the owner of a drug point in Manhattan and another one in the Bronx. He has hit men that work for him. Teresa my cousin has found out everything in regards to your family and he knows each and one of your steps. He's going to have you killed. I already told you who's my cousin.

Your boyfriend is also present, he also is going to get and your cousin the guy from the grocery store, no one will save him. We know everything about you all, it doesn't cost my cousin a thing to have him killed. Die soon Teresa, you will die soon bitch.

3