**COXSACKIE CORRECTIONAL FACILITY**
P.O. BOX 999
COXSACKIE, NEW YORK 12051-0999

NAME: RicARDo-Cue SaDodin: 02A5833

To- Teresa Rola
1850. PHELAN. PLACE
APT.# 4.I BRONX
NEW YORK. 10453



Printed on Recycled Paper



NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
INMATE CORRESPONDENCE PROGRAM

NAME: Ricardo. CuesADe

DIN: 00R5083

CORRECTIONAL FACILITY 4173

1 1 6 1   U.S. POSTAGE

$00.000

PB  2 2 3 1 1 0 5 *
APR 15 05 *
00000 *

FROM ZIP CODE



Teresa LamenTaras Todo lo que
AS HecHo Pagaras muy caro
Todos Lo que Tu Hisiste Maldita
Perra Tevoy A MaNdar A
MaTar CoN Mi Primo Yo estoy
Preso Pero Mi Primo esta
Libre Higual queTu Y TuMarido
MoriraS Tu Y Tu MArido Porlo
que Hisieron Yo Me coMuNique
CoNMi PriMo Y Me dijo que
coN MuCHo gusto el Se HeNcarga
de Ti el Ysus AMigo Te VAN
A MATAr Tarde o Ten Pra No
MoriraS Tu Y Tu MArido Tu
Sabe que Lo que Tu Hisiste
Se Lo Hisiste A Mi Primo
TANbien Tue res DomiNicaNa
Pero AcuerdaTe que Nosotro
SoMo DomiNicaNo TANbien
TeNeMos Tu diresioN
eNTu ApartaMeNTo Y La
direcioN deTu TrabaJo
TuNo Te PreguNTa que CoMo
Yo Tengo eso estaNdo Preso
estuPida eso es Mi PriMo que
esta VaTaNTe Serca deTi Y Tu
NoLo Sabe Yo Le dije Ael que
e MANde A MATAr Pagaras

Mejor te ubiera sido
no aber nacido, que chocar
con nosotro ademas mi
primo no tiene que matarte
el porque el tiene quien
lo agas por el el tiene
batante dinero para eso
y tiene jente que trabajan
para el. que son asesino
el tiene un buen punto de
~~xxxxx~~ en manhattan el
tiene dinero de sobra si no
teabia mandado a matar
porque era muy tenprano
y la policia yva a sopechar
de nosotro de una ves
tu sabe vien porque
yo quiero que tu muera
ya. y el tanbien quiere
tu muerte sabe mo todo
repecto ati yo estando
preso tu vas a morir como
quiera. mi primo estaba
esperando que yo le dijera
que te mate el no lo abia echo
porque yo estoy preso pero
yo le dize que te mande a matar
estoy preso la policia no puede culparme
rdios maldita pronto moriras perra

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



26 Federal Plaza
New York, New York 10278

| | |
|---|---|
| File Number: | 9A-NY-291556 |
| Date: | 4/29/05 |
| Source Language: | Spanish |
| Target Language: | English |
| Translated by: | LA. KAREN UREÑA |

## # - 1 - YOU WILL SOON DIE BITCHES

Teresa you will regret everything you have done, you'll pay dearest everything you have done damn bitch. I'm going to have you killed with my cousin. I'm in prison. But my cousin is free like you and your husband. You and your husband will die, for what you all did, I communicated with my cousin and he told me with pleasure he will take care of you. Him and his friends will kill you. Sooner or later you and your husband will die. You know what you did, you also did it to my cousin. You are Dominican but remember we are also Dominicans. We have you apartment address and your working address. Don't you ask yourself how I have that, being in jail, stupid. That's my cousin who is very closed to you, and you don't know it. I told him to have you killed. You'll pay.



2

## # - 2 - YOU WILL SOON DIE BITCH

It would have been better if you had not be born than clash with us.  Besides my cousin doesn't have to kill you himself, because he has who can do it for him, he has enough money for that and he has people who work for him, who are hit men. He has a good point in Manhattan, he has enough money.  He hasn't had you killed because it's too soon, and the police will suspect us right away.  You well know why I want you to die already.  He also wants you dead, we know everything about you even with me in prison, you are going to die anyhow.  My cousin was waiting for me to tell him to kill you.  He hadn't done it because I am in prison, but I told him to have you kill.  I'm in prison and the police can't blame me.  Good -bye you damn.  You'll soon die bitch.